KLAUDER–WELDON DYEING MACH. CO., Respondent, v. GILES, Appellant. (Supreme Court, Appellate Division, Third Department. March 3, 1915.) Action by the Klauder-Weldon Dyeing Machine Company against John H. Giles. No opinion. Judgment unanimously affirmed, with costs, upon the opinion in Klauder-Weldon Dyeing Machine Co. v. Weldon, 151 N. Y. Supp. 1068, decided herewith.

KOEHNE, Respondent, v. HOTEL ASTOR, Inc., Appellant. (Supreme Court, Appellate Division, First Department. March 12, 1915.) Action by Joseph Koehne against Hotel Astor, Incorporated. T. H. Lord, of New York City, for appellant. C. M. Beattie, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

CLARKE and SCOTT, JJ., dissent.

KOHN v. LEOPOLD POWELL & CO. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Charles M. Kohn against Leopold Powell & Co. No opinion. Application denied, with $10 costs. Order signed.

KOPP, Appellant, v. ADLER MONUMENTAL & GRANITE WORKS, Respondent. (Supreme Court, Appellate Division, Second Department. April 1, 1915.) Action by John Kopp against the Adler Monumental & Granite Works. No opinion. Judgment and order unanimously affirmed, with costs.

LA CHICOTTE, Appellant, v. KRACKE, Respondent (two cases). (Supreme Court, Appellate Division, First Department. March 26, 1915.) In the matter of Henry A. La Chicotte against Frederick J. H. Kracke, as commissioner. T. Farley, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LAMBERT, Appellant, v. LANEHART, Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Ismenia Lambert against Louis N. Lanehart. No opinion. Order affirmed by default, with $10 costs and disbursements.

LANE,. Appellant, v. JACOBS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 26, 1915.) Action by Charles M. Lane against Albert W. Jacobs. No opinion. Motion for reargument (152 N. Y. Supp. 605) denied, with $10 costs.

LA SALLE, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) Action by Gladys Louise La Salle against William B. Smith. No opinion. Order affirmed, without costs, and without prejudice to a renewal of the motion at Special Term for a writ of inquiry upon proper papers.

LAWRENCE v. LITTLEFIELD et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by Julia M. C. Lawrence against Charles E. Littlefield and others. No opinion. Motion granted; question certified. Order filed. See, also, 152 N. Y. Supp. 130.

In re LEDER. (Supreme Court, Appellate Division, First Department. January 22, 1915.) In the matter of Benjamin Leder. No opinion. Referred to Hon. Roger A. Pryor, official referee. Settle order on notice.

LEDERER, Appellant, v. FIELD & FANCY PUB. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 9, 1915.) Action by Alison M. Lederer against the Field & Fancy Publishing Company.

PER CURIAM. Motion denied, upon condition that appellant print as an addendum that part of the judgment roll which was omitted from the printed papers on appeal, and be ready for argument on Thursday, April 15, 1915; otherwise, motion granted, with $10 costs. Code Civ. Proc. § 1353; Muller v. City of Philadelphia, 144 App. Div. 592, 129 N. Y. Supp. 1037.

LEERBURGER v. WATSON. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Henry Leerburger against Henry R. C. Watson, executor, etc.

PER CURIAM. Motion granted, and proceedings under the order stayed, upon plaintiff's giving a bond in the penalty of $18,000 for the payment of the amount to be paid by him according to the judgment for the specific performance of his contract within 10 days after the affirmance of the order, if the order appealed from is affirmed. See, also, 157 App. Div. 915, 142 N. Y. Supp. 1127.

In re LEFSTEIN & ROSENFELD CO. et al. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) In the matter of supplementary proceedings as to the Lefstein & Rosenfeld Company.

PER CURIAM. Order affirmed, without costs. The determination was within the discretion of the Justice. He might well be reluctant to convict of contempt on ex parte papers, and he might well remit the creditor to the remedy of procuring the attendance of the debtor by attachment. See Matter of Nejez, 54 Misc. Rep. 38, 104 N. Y. Supp. 505.

BURR, J., not voting.

LEIMAN, Appellant, v. KULLA et al., Respondents. (Supreme Court, Appellate Division, First Department. March 26, 1915.) Action by Jennie Leiman against Jacob Kulla and another. J. Gans, of New York City, for appellant. R. Tally, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 151 N. Y. Supp. 1126.